AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)        ☐ Original    ☐ Duplicate Original

| | |
|---|---|
| **LODGED**<br>CLERK, U.S. DISTRICT COURT<br>**3/30/26**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ MRV _____ DEPUTY | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>**March 30, 2026**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ iv _____ DEPUTY |

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Sherman Reid,<br><br>Defendant. | Case No.   2:26-mj-01790-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Thomas J. Smith, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 28, 2026, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Thomas J. Smith*
*Complainant's signature*

Thomas J. Smith, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:    March 30, 2026

_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
*Printed name and title*

AUSA: Christina R.B. López x2475

## <u>AFFIDAVIT</u>

I, Thomas J. Smith, being duly sworn, declare and state as follows:

## I.  <u>PURPOSE OF AFFIDAVIT</u>

1.    This affidavit is made in support of a criminal complaint against Sherman Reid ("REID") for a violation of Title 18, United States Code Section 111(a)(1) (Assault on a Federal Officer).

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. <u>TRAINING AND EXPERIENCE OF SPECIAL AGENT THOMAS SMITH</u>

3.    I am a Special Agent with the Department of Homeland Security, Federal Protective Service ("FPS").  I have been an FPS Special Agent for the past seven years and am currently assigned as a Criminal Investigator for FPS in the Los Angeles Field Office.

4.    Prior to becoming a Special Agent, I was assigned as a Uniformed Inspector for FPS for four years.  As a Uniformed Inspector, I performed security duties for federal facilities in

1

Washington, D.C., and Albuquerque, New Mexico.  In 2008, I received over 440 hours of training in investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.  I have also received over 168 hours of Threat Assessment and Management and Physical Security Training.  As a federal law enforcement officer, I have investigated over 100 cases involving criminal threats.

### III. STATEMENT OF PROBABLE CAUSE

5.    Based on my review of video surveillance footage, conversations with other law enforcement personnel, and my own knowledge of the investigation, I am aware of the following:

6.    On March 28, 2026, a group of protesters were gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse ("Roybal"), which is located at 255 E. Temple St., Los Angeles, CA 90012.  Specifically, the protesters were gathered on Alameda Street between Temple Street and Aliso Street.

7.    Various entrances to Roybal clearly indicate that Roybal is a federal building.  For instance, on the Temple Street side of the building, the words "EDWARD R. ROYBAL FEDERAL BUILDING" are visible on the façade.  Nearby Roybal on Alameda Street is another federal facility, the Metropolitan Detention Center – Los Angeles ("MDC").

8.    Multiple protests have occurred in downtown Los Angeles over the past several months.  The group individuals that gathered on March 28, 2026, appeared to be gathering to

2

protest federal immigration enforcement operations that have taken place over the past year.

9. Both United States Customs and Border Protection ("CBP") and FPS Officers were assigned to protect Roybal and MDC on March 28.

10. In interviews I conducted with CBP and FPS officers who were assigned to protective duty of federal buildings, including Roybal and MDC, on March 28, 2026, I learned the following:

a. A large crowd of protesters was gathered at the Alameda Street entrance of Roybal on March 28. At approximately 5:42 p.m. that evening, CBP Special Response Team Officer Daniel Griego and numerous other CBP officers exited the north gate of Roybal on Alameda Street and deployed tear gas canisters to move the crowd back. FPS Inspectors observed an individual (later identified as REID) pick up one of the gas canisters that had been deployed by CBP and throw it at a group of CBP Officers that were exiting the gate on Alameda Street.

b. The gas canister that REID threw hit Officer Griego in the chest.

c. FPS Inspectors pushed out into the crowd while REID was attempting to move away from law enforcement and took him into custody.

11. Once he was in custody, FPS confirmed REID's identity using California Department of Motor Vehicle and National Crime Information Center database checks.

3

12.    The incident was captured on Officer Griego's CBP-issued body worn camera and Roybal video surveillance footage, both of which I reviewed.  I saw REID run toward a gas canister that was in the middle of Alameda Street from approximately 15-20 feet away, pick up the canister, and throw it at the general area of officers who were at the north gate of Roybal.  Officer Griego's body worn camera footage shows the canister hit him in the chest.

13.    At approximately 6:34 p.m., I conducted an audio-recorded interview of REID.  I read REID his Miranda rights, which he waived and agreed to speak with me.  REID stated he was in Los Angeles to protest ICE, i.e., Immigration and Customs Enforcement.  REID stated he was at the back gate of MDC on Alameda Street and that he was teasing law enforcement.  REID said he knew his presence would be seen as hostile.  REID stated he was wearing motorcycle padding around his torso, a respirator, and a helmet.  REID admitted he threw an object at a group of officers but said that he was not targeting a specific officer.  REID said he threw a gas canister at the officers after it was thrown at him.

//

//

//

4

## IV. CONCLUSION

14.    For all the reasons described above, there is probable cause to believe that REID violated Title 18, United States Code Section 111(a) (Assault on a Federal Officer).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __30th__ day of
March, 2026.

_____
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

5