**FILED**
CLERK, U.S. DISTRICT COURT

4/17/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>SHERMAN REID,<br><br>              Defendant. | CR  2:26-cr-00228-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b): Assault on Federal Officer Resulting in Bodily Injury; 18 U.S.C. § 111(a)(1): Assault on Federal Officer] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about January 30, 2026, in Los Angeles County, within the Central District of California, defendant SHERMAN REID intentionally and forcibly assaulted, impeded, intimidated, and interfered with victim J.L., an employee of the Federal Protective Service, and, in doing so, made physical contact with J.L., while J.L. was engaged in, and on account of, the performance of J.L.'s official duties, resulting in the infliction of bodily injury.

COUNT TWO

[18 U.S.C. § 111(a)(1)]

On or about March 28, 2026, in Los Angeles County, within the Central District of California, defendant SHERMAN REID intentionally and forcibly assaulted, impeded, intimidated, and interfered with victim D.G., an employee of United States Customs and Border Protection, and, in doing so, made physical contact with D.G., while D.G. was engaged in, and on account of, the performance of D.G.'s official duties.

A TRUE BILL

/S/

Foreperson

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

CHRISTINA R.B. LÓPEZ
Assistant United States Attorney
Major Crimes Section

2