## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES – ARRAIGNMENT

Case No. __2:26-cr-00228-JVS__          Date: __4/24/2026__

Present: The Honorable: __Brianna Fuller Mircheff, United States Magistrate Judge__

Interpreter __N/A__                                    Language __N/A__

| Christianna Howard | CS 04/24/2026 | Jing Yan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)   Present | Released on Bond | Attorneys for Defendants:  ✔ Present  DFPD |
|---|---|---|
| Sherman Reid / Waived presence | | James S. Threatt, S/A by Laura Paul |

**Proceedings: Arraignment of**          ✔  **Assignment of Case**          **Appointment of Counsel**
**Defendant and/or**                            **Initial Appearance**

* Court accepted waiver of appearance.
* Defendant waives appearance under Fed. R. Crim. P. 10(b).
* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defense Counsel acknowledges having read the Indictment and discussed it with the defendant.
* Defense Counsel pleads "not guilty" to all counts of the Indictment on behalf of the defendant.
* This case is assigned to Judge James V. Selna.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 6/9/2026 8:30 AM;
Status Conference: 6/1/2026 9:00 AM
* The parties are referred to Judge Selna's Procedures and Schedules to obtain a copy of the judge's trial order located on the Court's website at www.cacd.uscourts.gov.
Judge Selna is located in 10C, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:  PSALA          PSAED          PSASA
     USMLA          USMED          USMSA          Initial Appearance/Appointment of Counsel: __00__ : __00__
     Statistics Clerk          Interpreter          Arraignment: __00__ : __05__
     CJA Supervising Attorney          Fiscal          Initials of Deputy Clerk: __CH by TRB__

CR-11A                          Criminal Minutes – Arraignment                          Page 1